UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CURT MCLELLAN,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>TIM GARRETT, ET AL.,<br><br>　　　　　　　　　Respondents. | Case No. 2:22-cv-00281-GMN-EJY<br><br>**ORDER** |

　　　Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 4), and good cause appearing;

　　　IT IS THEREFORE ORDERED that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 4) is **GRANTED**. Respondents will have up to and including July 1, 2022, to respond to the petition.

　　　Dated: May 18, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court