**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CURT MCLELLAN,<br><br>Petitioner,<br><br>v.<br><br>TIM GARRETT, ET AL.,<br><br>Respondents. | Case No. 2:22-cv-00281-GMN-EJY<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 6), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' unopposed motion for enlargement of time (second request) (ECF No. 6) is **GRANTED**. Respondents will have up to and including July 8, 2022, to respond to the petition.

Dated: June 30, 2022

Gloria M. Navarro, Judge
United States District Court