# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CURT MCLELLAN, | Case No. 2:22-cv-00281-GMN-EJY |
| Petitioner, | **ORDER** |
| v. | |
| TIM GARRETT, ET AL., | |
| Respondents. | |

This counseled habeas matter is before this Court on the Respondents' motion to dismiss. (ECF No. 8.) In this Court's scheduling order, this Court ordered that "[t]he response and reply time to any motion filed by either party, including a motion filed in lieu of a pleading, will be governed . . . by Local Rule LR 7-2(b)." (ECF No. 2.) Local Rule 7-2(b) provides that "the deadline to file and serve any points and authorities in response to [a motion other than a motion for summary judgment] is 14 days after service of the motion." Respondents' motion to dismiss was electronically served on July 8, 2022. As such, Petitioner's 14-day deadline to respond to the motion to dismiss expired on July 22, 2022. To date, Petitioner has not filed a response nor requested an extension of time.

**It is therefore ordered** that Petitioner has 10 days from the date of this order to file a response to the motion to dismiss. Failure to file a response within 10 days may result in the dismissal of this action.

Dated: August 6, 2022

_____
Gloria M. Navarro, Judge
United States District Court