# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CURT MCLELLAN, | Case No. 2:22-cv-00281-GMN-EJY |
| Petitioner, | **ORDER** |
| v. | |
| TIM GARRETT, ET AL., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 14), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 14) is **GRANTED**. Respondents will have up to and including August 30, 2022, to file a reply in support of their motion to dismiss.

Dated:  August 15, 2022

_____
Gloria M. Navarro, Judge
United States District Court